| PROB 22 (Rev. 1/24) | DOCKET NUMBER (Tran. Court) |
|---|---|
| | 25CR03064-001-LL |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) |
| | 2:25-cr-00358-RFB-NJK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Cesar Valdez-Huerta<br>District of Nevada | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE | |
| | Linda Lopez<br>U.S. District Judge | |
| | DATES OF | FROM | TO |
| | Supervised Release | 11/07/2025 | 11/06/2026 |

**OFFENSE**

8 U.S.C. § 1324(a)(1)(A)(ii), Attempted Transportation of Certain Aliens, a Class D felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Valdez-Huerta has no significant ties to the Southern District of California and expects to remain in the District of Nevada for the remainder of supervised release. The probation office in the District of Nevada has requested a transfer of jurisdiction to allow any future concerns be addressed efficiently by the district wherein the offender is supervised.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/18/2025
Date

Linda Lopez
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/23/2025
Effective Date

United States District Judge

fyf

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Cesar Valdez-Huerta

Case No.:    2:25-cr-00358-RFB-NJK

REQUESTING ACCEPTANCE OF JURISDICTION

December 18, 2025

TO:    United States District Judge

On November 7, 2025, Valdez-Huerta was sentenced in the Southern District of California by the Honorable Linda Lopez to time served followed by 1-year supervised release for committing the offense of Attempted Transportation of Certain Aliens (felony). Valdez-Huerta is a resident of Nevada and intends on remaining in Nevada for the duration of his supervision.

To address any matters that may require the Court's attention in an efficient and expeditious manner, the undersigned officer is requesting that jurisdiction be transferred to the District of Nevada. As noted by her signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Judge Linda Lopez, has agreed to relinquish jurisdiction. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by Cecil McCarroll
Date: 2025.12.18 16:04:45 -08'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Amberleigh Barajas
Date: 2025.12.18 16:00:32 -08'00'

Amberleigh Barajas
Supervisory United States Probation Officer